UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JAQUAN FRANKLIN.

                          Plaintiff,

     -against-

X GEAR 101, LLC et al.,

                       Defendants.

------------------------------------x

ORDER

17 Civ. 6452 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       September 4, 2018

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge