UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUAN FRANKLIN,<br><br>                    Plaintiff,<br><br>v.<br><br>X GEAR 101, LLC; JOSHUA TYDLACKA; GODADDY, INC.; GODADDY.COM, LLC; and INSTAGRAM, LLC,<br><br>                  Defendants. | No. 1:17-cv-06452 (GBD)(GWG) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Jaquan Franklin and Defendants X Gear 101, LLC and Joshua Tydlacka have reached a settlement agreement in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, fees, and expenses.

Dated: September 13th, 2018

| | |
|---|---|
| *(signature)*<br>Jaquan Franklin<br>222 E 104th Street - Suite 901<br>New York, NY 10029<br><br>*Pro Se Plaintiff* | *(signature)*<br>Benoit Quarmby<br>Ekta Dharia<br>MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022<br>T: 212.607.8160<br>F: 212.607.8161<br>bquarmby@mololamken.com<br>edharia@mololamken.com<br><br>*Attorneys for X Gear 101, LLC and Joshua Tydlacka* |